UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOUR TECNOLOGY SYSTEMS, LLC.<br><br>     Plaintiff,<br><br>  v.<br><br>OMNISIGHT, INC.,<br><br>     Defendant | Case 2:16-cv-05750-WFK |

**JOINT STIPULATED MOTION TO DISMISS WITH PREJUDICE**

Plaintiff Tour Technology Systems, LLC. and Defendant Omnisight, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an Order dismissing all claims in this action WITH PREJUDICE in accordance with the terms of the settlement agreement between the parties, with each party to bear its own costs, expenses and attorneys' fees.

Date: May 31, 2017

Respectfully Submitted,

**HANDAL & MOROFSKY, LLC**

/s/ Anthony H. Handal
Anthony H. Handal
83 East Avenue
Norwalk, CT 06851
917-880-0811
Email: handal@HandalGlobal.com

**Counsel for Plaintiff**
**Tour Technology Systems, LLC**

**GOTTLIEB, RACKMAN & REISMAN, PC**

/s/ Mitchell S. Feller
Mitchell S. Feller (MS 1707)
270 Madison Avenue
New York, New York 10016
Phone: (212) 684-3900
Fax: (212) 684-3999
msfeller@grr.com

**Counsel for Defendant Omnisight, Inc.**

SO ORDERED.

DATED: May 31, 2017

New York, New York